UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 06-453-M-01** |
| | : | |
| **LORENZO TURNER,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of undersigned counsel in this case on behalf of Lorenzo Turner, defendant, effective October 23, 2006.

/s/_____
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Antonio Molina

[X]    CJA

[ ]    Retained