UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-453-M-01 |
| | : | |
| LORENZO TURNER, | : | |
| | : | |
| Defendant | : | |
| | : | |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of undersigned counsel in this case on behalf of Lorenzo Turner, defendant, effective October 23, 2006.

/s/_____
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Lorenzo Turner

[X]   CJA

[ ]   Retained